**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., | ) ) ) ) |
| Plaintiffs, | ) Case No.7:26-cv-02325 ) ) |
| v. | ) **MOTION FOR ADMISSION** ) **PRO HAC VICE** |
| LETITIA JAMES, in her official capacity as Attorney General of New York; JESSICA TISCH, in her official capacity as New York City Police Commissioner; and ALVIN BRAGG, in his official capacity as District Attorney for New York County, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter A. Patterson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., in the above-captioned action.

I am a member in good standing of the bars of the State of Ohio and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censored, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated: March 20, 2026

Respectfully submitted,

*/s/ Peter A. Patterson*
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

1

Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ppatterson@cooperkirk.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| YEHUDA GOLDBERGER and<br>FIREARMS POLICY COALITION, INC.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>LETITIA JAMES, in her official<br>capacity as Attorney General of New York;<br>JESSICA TISCH, in her official capacity as<br>New York City Police Commissioner; and<br>ALVIN BRAGG, in his official capacity as<br>District Attorney for New York County,<br><br>    *Defendants*. | )<br>)<br>)<br>)  Case No._____<br>)<br>)<br>)  **DECLARATION OF**<br>)  **PETER A. PATTERSON**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Peter A. Patterson, do hereby declare:

1.    I have never been convicted of a felony.

2.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.    I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 20, 2026

Respectfully submitted,

*/s/ Peter A. Patterson*
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ppatterson@cooperkirk.com

*Counsel for Plaintiffs*

1



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Peter A Patterson*

*was duly qualified and admitted on January 7, 2011 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 11, 2026.**

*JULIO A. CASTILLO*
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Peter Andrew Patterson**
Attorney Registration No. **0080840**

was admitted to the practice of law in Ohio on November 6, 2006; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of March, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*



Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-03-12-1
Verify by email at GoodStandingRequests@sc.ohio.gov