**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, in her official capacity as Attorney General of New York; JESSICA TISCH, in her official capacity as New York City Police Commissioner; and ALVIN BRAGG, in his official capacity as District Attorney for New York County, <br><br> *Defendants*. | ) ) ) ) ) Case No. 7:26-cv-02325 ) ) ) **MOTION FOR ADMISSION** ) **PRO HAC VICE** ) ) ) ) ) ) ) ) ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William V. Bergstrom, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., in the above-captioned action.

I am a member in good standing of the bars of the State of Nebraska and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censored, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated: March 23, 2026

Respectfully submitted,

*/s/ William V. Bergstrom*
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

1

2

Telephone: (202) 220-9622
Facsimile: (202) 220-9601
wbergstrom@cooperkirk.com

*Counsel for Plaintiffs*

2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., | ) ) ) ) |
| *Plaintiffs*, | ) Case No. 7:26-cv-02325 ) |
| v. | ) **DECLARATION OF** ) **WILLIAM V. BERGSTROM** |
| LETITIA JAMES, in her official capacity as Attorney General of New York; JESSICA TISCH, in her official capacity as New York City Police Commissioner; and ALVIN BRAGG, in his official capacity as District Attorney for New York County, | ) ) ) ) ) ) |
| *Defendants*. | ) |

I, William V. Bergstrom, do hereby declare:

1.      I have never been convicted of a felony.

2.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.      I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 23, 2026

Respectfully submitted,

*/s/ William V. Bergstrom*
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9622
Facsimile: (202) 220-9601
wbergstrom@cooperkirk.com

*Counsel for Plaintiffs*

1



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# William V Bergstrom

*was duly qualified and admitted on December 4, 2017 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 11, 2026.**

*JULIO A. CASTILLO*
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I, Joshua R. Shasserre, Clerk of the Supreme Court of Nebraska, certify that on April 14, 2021, William Bergstrom was admitted to practice as an Attorney and Counselor at Law by the Supreme Court of Nebraska.  I further certify that said attorney is an active member in good standing with the Nebraska State Bar. "Good standing" means that said attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.  No prior disciplinary sanctions have been entered against the attorney's Nebraska law license. This certification expires in 30 days, unless sooner revoked or rendered invalid by operation of law or Nebraska Supreme Court Rule.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on March 11, 2026.

_Joshua R. Shasserre_

Joshua R. Shasserre
Clerk and Director of Attorney Admissions
Supreme Court of Nebraska