**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., *Plaintiffs*, v. LETITIA JAMES, in her official capacity as Attorney General of New York; JESSICA TISCH, in her official capacity as New York City Police Commissioner; and ALVIN BRAGG, in his official capacity as District Attorney for New York County, *Defendants*. | Case No. 7:26-cv-02325 **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alfonso Gamboa, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censored, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Alfonso Gamboa*
Alfonso Gamboa
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9637
Facsimile: (202) 220-9601

1

agamboa@cooperkirk.com

*Counsel for Plaintiffs*

2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| YEHUDA GOLDBERGER and FIREARMS POLICY COALITION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, in her official capacity as Attorney General of New York; JESSICA TISCH, in her official capacity as New York City Police Commissioner; and ALVIN BRAGG, in his official capacity as District Attorney for New York County, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) Case No. 7:26-cv-02325 <br> ) <br> ) <br> ) **DECLARATION OF** <br> ) **ALFONSO GAMBOA** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

I, Alfonso Gamboa, do hereby declare:

1.      I have never been convicted of a felony.

2.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.      I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 23, 2026

Respectfully submitted,

*/s/ Alfonso Gamboa*
Alfonso Gamboa
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9637
Facsimile: (202) 220-9601
agamboa@cooperkirk.com

*Counsel for Plaintiffs*

1



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Alfonso Gamboa*

*was duly qualified and admitted on November 23, 2025 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 11, 2026.**

*JULIO A. CASTILLO*
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*