## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Yehuda Goldberger, et al.
                    Plaintiff(s)

                                                    VS.                          Case No: 7:26-cv-02325

Letitia James, in her official capacity as Attorney General of
New York, et al.
                    Defendant(s)

### DECLARATION OF SERVICE

I, Brett Golub, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons and Complaint with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/24/2026 at 1:59 PM, I served Letitia James, in her official capacity as Attorney General of New York at 28 Liberty Street, 16th Floor, New York, New York 10005 with the Summons and Complaint with Exhibit A by serving Paulina Rubio, Managing Agent, authorized to accept service on behalf of the Attorney General of New York.

Paulina Rubio is described herein as:

Gender:  Female     Ethnicity:  Hispanic     Age:  35     Weight:  140     Height:  5'7"     Hair:  Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/26/2026

_____
                                                                        Brett Golub

                                                            Capitol Process Services, Inc.
                                                    7500 Greenway Center Drive, Suite 420
                                                            Greenbelt, Maryland 20770
                                                                        (202) 667-0050

                                                                        Client Ref Number:
                                                                        Job #:15504000