## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Yehuda Goldberger, et al.
                    Plaintiff(s)

                                                    VS.                          Case No: 7:26-cv-02325

Letitia James, in her official capacity as Attorney General of
New York, et al.
                    Defendant(s)

### DECLARATION OF SERVICE

I, Brett Golub, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons and Complaint with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/24/2026 at 1:38 PM, I served Jessica Tisch, in her official capacity as New York City Police Commissioner at 1 Police Plaza, Room 110A, New York, New York 10038 with the Summons and Complaint with Exhibit A by serving Officer Garcia, Managing Agent, authorized to accept service on behalf of the New York City Police Commissioner.

Officer Garcia is described herein as:

Gender:   Male      Ethnicity:   Hispanic        Age:   35      Weight:   200        Height:   6'0"        Hair:   Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/26/2026

                                                                    Brett Golub

                                                    Capitol Process Services, Inc.
                                                    7500 Greenway Center Drive, Suite 420
                                                    Greenbelt, Maryland 20770
                                                    (202) 667-0050

                                                    Client Ref Number:
                                                    Job #:15503942