## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Yehuda Goldberger, et al.
                    Plaintiff(s)
                                                        VS.                    Case No: 7:26-cv-02325
Letitia James, in her official capacity as Attorney General of
New York, et al.
                    Defendant(s)

### DECLARATION OF SERVICE

I, Brett Golub, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons and Complaint with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/24/2026 at 1:08 PM, I served Alvin Bragg, in his official capacity as District Attorney for New York County at 1 Hogan Place, 2nd Floor, New York, New York 10013 with the Summons and Complaint with Exhibit A by serving Jane Doe, Agent, authorized to accept service on behalf of the District Attorney for New York County.

Jane Doe is described herein as:

Gender:  Female   Ethnicity:  African American    Age:  55    Weight:  140        Height:  5'8"        Hair:  Gray

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/26/2026

_____
                                                                                          Brett Golub

                                                                          Capitol Process Services, Inc.
                                                                  7500 Greenway Center Drive, Suite 420
                                                                          Greenbelt, Maryland 20770
                                                                                  (202) 667-0050

                                                                                          Client Ref Number:
                                                                                          Job #:15503911