UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YEHUDA GOLDBERGER and FIREARMS
POLICY COALITION, INC.,

                        Plaintiffs,

           - against -

LETITIA JAMES, IN HER OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF
NEW YORK, JESSICA TISCH, IN HER
OFFICIAL CAPACITY AS NEW YORK CITY
POLICE COMMISSIONER, and ALVIN BRAGG,
IN HIS OFFICIAL CAPACITY AS DISTRICT
ATTORNEY FOR NEW YORK CITY,

                        Defendants.

-------------------------------------------------------------------X

26-CV-2325 (NSR)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Assistant Attorney General Daniel Luedtke, duly admitted to

practice in this Court, hereby appears as counsel for New York State Attorney General Letitia James in

the above-captioned action. Please serve all papers and direct all further correspondence and/or

electronic notices to the undersigned.

Dated:  New York, NY
         April 10, 2026

                                   LETITIA JAMES
                                   Attorney General
                                   State of New York
                                   <u>Attorney for Defendant James</u>

                                   By:

                                   <u>*/s/ Daniel Luedtke*</u>
                                   Daniel Luedtke
                                   Assistant Attorney General
                                   28 Liberty Street
                                   New York, New York 10005
                                   (212) 416-8213
                                   daniel.luedtke@ag.ny.gov