

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 10, 2026

**Via ECF**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *Goldberger, et al. v. James, et al.*, 26 Civ. 2325 (NSR)

Dear Judge Román:

I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"), which represents New York State Attorney General Letitia James ("State Defendant") in the above-referenced action. I write, with consent from Plaintiff, to respectfully request that the time for all defendants to respond to the Complaint (Dkt. No. 1) be extended fourteen (14) days until April 28, 2026.

By way of background, summonses were issued as to all defendants on March 23, 2026. (Dkt. Nos. 10-12). On March 30, 2026, affidavits of service were entered for all defendants, setting their respective answer deadlines at April 14, 2026. (Dkt. Nos. 16-18). On April 10, 2026, State Defendant obtained consent from Plaintiff for the extension requested herein and the interests of judicial economy would best be served if all named defendants responded to the Complaint at the same time.

This is the first request for an extension of time to respond to the Complaint. I thank the Court for its attention to this matter.

Respectfully,

*/s/ Daniel Luedtke*
Daniel Luedtke
Assistant Attorney General
(212) 416-8213
daniel.luedtke@ag.ny.gov