USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
                                                                :
GOLDBERGER, *et al,*                                            :
                                                                :
Plaintiffs,                                                     :       ORDER
                                                                :
             -against-                                          :
                                                                :       26-CV-2325 (NSR)
JAMES, *et al,*                                                 :
                                                                :
Defendants.                                                     :
--------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

The Clerk of Court is respectfully directed to lift the stay of this action. The Court clarifies that the stay is intended to apply only to discovery pending resolution of Defendants' anticipated motion to dismiss. The merits of the action, including motion practice and the Court's consideration of any pending or forthcoming applications, shall proceed. Discovery shall remain stayed pending resolution of Defendants' anticipated motion to dismiss. The parties shall not serve discovery requests, notice depositions, or otherwise proceed with discovery while the discovery stay remains in effect.

Dated: May 11, 2026
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge