## UNITED STATES DISTICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Yehuda Goldberger, et al.
                    **Plaintiff(s)**

                               **VS.**                  **Case No: 7:26-cv-02325-NSR**

Letitia James, in her official capacity as Attorney General of
New York, et al.
                    **Defendant(s)**

### AFFIDAVIT OF SERVICE

I, James Perone, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 5/22/2026 at 9:34 AM, I served Steven G. James, in his official capacity as Superintendent of the New York State Police at 1220 Washington Avenue, Building 22, Albany, New York 12226 with the Summons and Amended Complaint by serving Trooper Jason Wheeler, Managing Agent, who stated he/she was authorized to accept service.

Trooper Jason Wheeler is described herein as:

Gender:  Male    Ethnicity:  Caucasian    Age:  21-35    Weight:  161-200    Height:  5'9"-6'0"    Hair:  Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 05/26/2026

James Perone

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:15958630

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | | |
|---|---|---|
| YEHUDA GOLDBERGER, ANTHONY PALMA, and FIREARMS POLICY COALITION, INC., | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  7:26 CV 02325 NSR |
| LETITIA JAMES, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF NEW YORK, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Steven G. James, Superintendent of the New York State Police: 1220 Washington Avenue, Building 22, Albany, NY 12226.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter A. Patterson
> Cooper & Kirk, PLLC
> 1523 New Hampshire Ave. NW
> Washington, D.C. 20036
> Tel: (202) 220 9600
> ppatterson@cooperkirk.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/20/2026

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*