# Cooper & Kirk

Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036

Peter A. Patterson
(202) 220-9600
ppatterson@cooperkirk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2026

June 1, 2026

Via ECF
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**   *Goldberger v. James*, **No. 26-cv-2325 (NSR)**

Dear Judge Román:

Plaintiffs write to explain the refiling of the Affidavit of Service initially docketed as ECF No. 38. In filing the affidavit, Plaintiffs mistakenly entered a service date of May 26, 2026, which is the date the Affidavit was executed, rather than the service date, which is May 22. The Affidavit has been refiled as ECF No. 39 with the service date corrected to May 22, 2026, and the answer deadline corrected to June 12, 2026. Given the affidavit is now correctly docketed as ECF No. 39, Plaintiffs respectfully request that Docket Entry No. 38 be stricken.

The Clerk of Court is respectfully directed to strike ECF No. 38 from the docket. The Clerk of Court is further directed to correct the answer due date reflected on the docket entry at ECF No. 39 from June 16, 2026 to June 12, 2026.
Dated: June 1, 2026
        White Plains, NY

Respectfully,

*/s/ Peter A. Patterson*
Peter A. Patterson
William V. Bergstrom
Alfonso Gamboa
COOPER & KIRK, PLLC
(202) 220-9600
ppatterson@cooperkirk.com

*Attorneys for Plaintiffs*

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

cc: All counsel of record via ECF

MEMO ENDORSED