UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YEHUDA GOLDBERGER, ANTHONY PALMA,  :
and FIREARMS POLICY COALITION, INC.,       :
                                                                       :
                                   Plaintiffs,               :                26-CV-2325 (NSR)
                                                                       :
                                                                       :
         - against -                                          :        **NOTICE OF APPEARANCE**
                                                                       :
                                                                       :
LETITIA JAMES, IN HER OFFICIAL                :
CAPACITY AS ATTORNEY GENERAL OF      :
NEW YORK, STEVEN G. JAMES, IN HIS        :
OFFICIAL CAPACITY AS SUPERINTENDENT  :
OF THE NEW YORK STATE POLICE, JESSICA  :
TISCH, IN HER OFFICIAL CAPACITY AS NEW  :
YORK CITY POLICE COMMISSIONER, and      :
ALVIN BRAGG, IN HIS OFFICIAL CAPACITY   :
AS DISTRICT ATTORNEY FOR NEW YORK       :
CITY,                                                               :
                                                                       :
                                   Defendants.            :
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Assistant Attorney General Daniel Luedtke, duly admitted to

practice in this Court, hereby appears as counsel for New York State Police Superintendent Steven G.

James in the above-captioned action. Please serve all papers and direct all further correspondence and/or

electronic notices to the undersigned.

Dated:  New York, NY
        June 2, 2026

                                              LETITIA JAMES
                                              Attorney General
                                              State of New York
                                              <u>Attorney for Defendants Attorney General</u>
                                              <u>James and Superintendent James</u>

                                              By:

                                              */s/ Daniel Luedtke*
                                              Daniel Luedtke
                                              Assistant Attorney General
                                              28 Liberty Street
                                              New York, New York 10005
                                              (212) 416-8213
                                              daniel.luedtke@ag.ny.gov