UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

YEHUDA GOLDBERGER, ANTHONY PALMA, and
FIREARMS POLICY COALITION, INC.,

**DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiffs,

No. 26-cv-2325 (NSR)

-against-

LETITIA JAMES ET AL.,

Defendants.
------------------------------------------------------------------------ x

I, SIOBHAN O'SULLIVAN UNDERWOOD, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am An Assistant District Attorney and Assistant General Counsel at the New York Couty District Attorney's Office, and, I am presently a counsel of record in this action.

2.      I will be leaving the New York County District Attorney's Office on or about July 24, 2026, after which time I will have no involvement whatsoever in this matter.

3.      The representation of Defendants in this matter will continue with the representation of Catherine Suvari, who is already a counsel of record in this action.

4.      Please terminate me from the docket sheet as a counsel of record.

Dated:      New York, New York
            July 24, 2026                    /s/ Siobhan O'Sullivan Underwood

                                             _____
                                             Siobhan O'Sullivan Underwood