UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

YEHUDA GOLDBERGER, ANTHONY PALMA, and
FIREARMS POLICY COALITION, INC.,

                                                   Plaintiffs,

                  -against-

LETITIA JAMES ET AL.,

                                      Defendants.

------------------------------------------------------------------------- x

**DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL**

No. 26-cv-2325 (NSR)

I, SIOBHAN O'SULLIVAN UNDERWOOD, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

    1.      I am An Assistant District Attorney and Assistant General Counsel at the New York Couty District Attorney's Office, and, I am presently a counsel of record in this action.

    2.      I will be leaving the New York County District Attorney's Office on or about July 24, 2026, after which time I will have no involvement whatsoever in this matter.

    3.      The representation of Defendants in this matter will continue with the representation of Catherine Suvari, who is already a counsel of record in this action.

    4.      Please terminate me from the docket sheet as a counsel of record.

Dated:      New York, New York
              July 24, 2026

                                      */s/ Siobhan O'Sullivan Underwood*
                                    _____
                                      Siobhan O'Sullivan Underwood

Counsel O'Sullivan is terminated from the docket sheet as a counsel of record.
Dated: July 27, 2026
White Plains, NY

                              SO ORDERED:

                              _____
                              NELSON S. ROMÁN
                              United States District Judge

MEMO ENDORSED