USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 08/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YEHUDA GOLDBERGER, ANTHONY PALMA, and
FIREARMS POLICY COALITION, INC.,

    *Plaintiffs*,

    v.

LETITIA JAMES, in her official Capacity as Attorney General of New York; STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police; JESSICA TISCH, in her official capacity as New York City Police Commissioner; and ALVIN BRAGG, in his official capacity as District Attorney for New York County,

    *Defendants.*

Case No. 7:26-CV-02325

**MOTION TO WITHDRAW**

**MEMO ENDORSED**

**See Page 2.**

    Peter A. Patterson of Cooper & Kirk, PLLC respectfully moves to withdraw Alfonso Gamboa as an attorney of record for Plaintiffs in this matter. Mr. Gamboa seeks to withdraw his appearance because he left Cooper & Kirk, PLLC as of August 7, 2026, and is therefore no longer to be counsel in this matter. Plaintiffs will continue to be represented by myself and William V. Bergstrom.

Dated: August 7, 2026

Respectfully submitted.

/s/ Peter A. Patterson
Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601
ppatterson@cooperkirk.com
*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I, Peter A. Patterson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system on August 7, 2026. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: August 7, 2026

/s/ Peter A. Patterson
Peter A. Patterson

Attorney Peter A. Patterson's motion to withdraw Alfonso Gamboa as attorney of record is GRANTED. The Clerk of the Court is directed to terminate Attorney Alfonso Gamboa from the action and to terminate the motion at ECF No. 51.

Dated: August 12, 2026        SO ORDERED:
     White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE