UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA GOLDBERGER, ANTHONY PALMA, and FIREARMS POLICY COALITION, INC.,

Plaintiffs,

- against -

LETITIA JAMES, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF NEW YORK, STEVEN G. JAMES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE NEW YORK STATE POLICE, JESSICA TISCH, IN HER OFFICIAL CAPACITY AS NEW YORK CITY POLICE COMMISSIONER, and ALVIN BRAGG, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR NEW YORK COUNTY,

Defendants.

26-CV-2325 (NSR)

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants New York State Attorney General Letitia James ("Attorney General James") and New York State Police Superintendent Steven G. James (collectively, "State Defendants") Motion to Dismiss, and all other prior pleadings and proceedings herein, State Defendants hereby move for an Order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing all claims against Attorney General James on the grounds that she is not a proper party as she does not have a specific duty to enforce the Times Square Law and because Plaintiffs Anthony Palma and Yehuda Goldberger lack standing to assert their claims against her; dismissing Plaintiff Firearms Policy Coalition, Inc.'s ("FPC") claims as against the State Defendants due to a lack of standing, as 42 U.S.C. § 1983 requires parties to bring actions on their own behalf, which FPC failed to do; and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Court (Dkt. No. 48), opposition papers, if any, must be served by September 4, 2026.

Dated: New York, New York
August 3, 2026

LETITIA JAMES
Attorney General
State of New York
*Attorney for State Defendants*

By:
/s/ *Daniel Luedtke*
Daniel Luedtke
Assistant Attorney General
28 Liberty Street - 18th Floor
New York, NY 10005
(212) 416-8213
daniel.luedtke@ag.ny.gov